Kurt A. Goering, #6687
KURT A. GOERING, P.C.
300 West Clarendon, Suite 400
Phoenix, Arizona  85013
602-340-1010
Attorneys for Plaintiff/Judgment Creditor

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RUSSO SECURITIES, INC., | NO.: MC 06-0022 PHX-JAT |
| Plaintiff/Judgment Creditor, | **ORDER** |
| vs. | |
| ANSTALT ALPARCO, et al., | |
| Defendants/Judgment Debtors. | |

Pursuant to the Motion filed on July 17, 2006, by Plaintiff/Judgment Creditor Russo Securities, Inc., and good cause appearing therefore,

IT IS ORDERED that the Order for Supplemental Proceedings directing defendants/judgment debtors LAWRENCE G. RYCKMAN and ELAINE RYCKMAN, husband and wife, to appear before the Hon. United States Magistrate Judge Edward Voss on Thursday, July 20, 2006,  at 10:00 a.m., is vacated without prejudice the Supplemental Proceedings, and said appearance also is vacated without prejudice.

DATED this 17th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge

1